# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN H., individually and on behalf of A.H. a minor, | Case No: 3:24-cv-5183-RS (Magistrate Judge Richard Seeborg) |
| Plaintiffs, | [proposed] ORDER DISMISSING CASE WITH PREJUDICE |
| v. | |
| UNITED HEALTHCARE INSURANCE COMPANY, UNITED BEHAVIORAL HEALTH, CRUISE LLC, and the CRUISE LLC WELFARE BENEFIT PLAN, | Complaint Filed: April 3, 2024 |
| Defendants. | |

Based on the parties stipulated motion to dismiss this case with prejudice, the Court

GRANTS the Motion and ORDERS this case DISMISSED with prejudice.

Each party is to bear their own fees and costs.

Dated this 16th day of September 2025.

_____
Richard Seeborg
Chief United Stated District Court Judge

ORDER DISMISSING CASE WITH PREJUDICE                    CASE NO. 3:24-cv-5183-RS